UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

RENE PERALES JR.,

    Plaintiff,

v.                                                    Case No.:  2:24-cv-418-SPC-NPM

NABABI, KELLY JOHNSON, K. DAVIES, A. CLEVENGER, J. BANKER, and MARY LNU,

    Defendants.
_____/

## **OPINION AND ORDER**

Before the Court is Plaintiff Rene Perales Jr.'s Motion for Temporary Restraining Order (TRO) (Doc. 12).  Perales is a pretrial detainee in Charlotte County Jail, and he believes he is infected with undetected bacteria, fungi, and/or parasites.  He asks the Court to order that he immediately receive diagnosis and treatment.  The Court denied a substantially similar motion on May 31, 2024.

Like the first motion, Perales' second motion for a TRO is inadequate. As the Court explained in its prior order, motions for preliminary injunctive relief are governed by Federal Rule of Civil Procedure 65 and Local Rules 6.01 and 6.02, and Perales' motion does not satisfy the content requirements of those rules.  What is more, the exhibits attached to Perales' first motion show

he already received the relief he requests.  Based on Perales' subjective medical complaints, prison medical staff evaluated Perales, tested his blood for signs of parasites, and found none.  (*See* Doc. 4-1).  The Court cannot order medical professionals to change their diagnosis.

Accordingly, it is now

**ORDERED:**

Plaintiff Rene Perales Jr.'s Motion to Request for a Temporary Restraining Order (Doc. 12) is **DENIED**.

**DONE** and **ORDERED** in Fort Myers, Florida on June 25, 2024.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1
Copies:  All Parties of Record

2